UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KWANZEL HOWERTON,

    Plaintiff,                             Case No. 05-71352

v.                                       District Judge Paul D. Borman
                                         Magistrate Judge R. Steven Whalen

SANDRA BLOMQUIST, et al.,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Obtain Psychiatric Records of Defendant Sandra Blomquist [Doc. # 29]. For the reasons stated on the record July 5, 2006,[1] Plaintiff's Motion is DENIED IN PART AND GRANTED IN PART, as follows:

Plaintiff's request for the psychiatric/mental health treatment records of Defendant Blomquist is DENIED.

However, Plaintiff will be permitted discovery of any communications between Defendant Blomquist's mental health treatment provider(s) and Defendant Clarkston Community Schools.

SO ORDERED.

---

[1] Defendant did not appear for oral argument on this Motion.

        S/R.  Steven Whalen\
        R.  STEVEN WHALEN\
        UNITED STATES MAGISTRATE JUDGE

Dated:  July 5, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 5, 2006.

        S/Gina Wilson\
        Judicial Assistant